UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DOAN,<br><br>                    Plaintiff,<br><br>v.<br><br>ALLSTATE NORTHBROOK INDEMNITY COMPANY, an Illinois corporation,<br><br>                    Defendants. | Case No.:  3:20-cv-01060-AJB-KSC<br><br>**ORDER TO SHOW CAUSE** |

On January 28, 2021, the Court ordered that an Early Neutral Evaluation ("ENE") Conference would take place on March 22, 2021 before Magistrate Judge Karen S. Crawford (the "ENE Order"). *See* Doc. No. 22. After two continuances (one at the parties' request and one due to a conflict in the Court's calendar), the ENE was scheduled to take place on May 3, 2021 at 2:00 p.m. *See* Doc. Nos. 24, 25. Both the ENE Order and the undersigned's Civil Chambers Rules required the parties to submit a confidential ENE statement no less than 7 days prior to the ENE (i.e., by April 26, 2021) describing, *inter alia*, the party's settlement position. *See* Doc. No. 22 at 3; Civil Chambers Rules, § IV.B. Plaintiff did not submit the required confidential ENE statement by the due date, and, despite multiple follow-up calls and emails from the Court's staff, still had not provided

the required statement by noon on the date of the ENE.  Plaintiff did not at any time request to be excused from the requirement of preparing and submitting an ENE statement.

Accordingly, plaintiff Daniel Doan, through counsel, is hereby **ORDERED** to appear before the Honorable Karen S. Crawford on **May 11, 2021** at **11:30 a.m.** to show cause why sanctions should not be issued for his failure to submit a confidential ENE statement as required by this Court's Order.  No later than **May 7, 2021**, plaintiff must respond to this Order to Show Cause.  Plaintiff's response must include a declaration from counsel explaining the failure to follow the Court's Order and abide by the undersigned's Chambers Rules, and why counsel failed to move to excuse plaintiff from the requirements of the ENE Order.  Also by **May 7, 2021**, defendant may optionally submit a declaration stating the amount of time its counsel spent preparing for the ENE, and counsel's hourly rate. The hearing on this Order to Show Cause will be held telephonically at the discretion of the Court.  Instructions for participating in the hearing will be provided by separate minute order.

Dated:  May 3, 2021

Hon. Karen S. Crawford
United States Magistrate Judge