UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DOAN,<br><br>                      Plaintiff,<br><br>v.<br><br>ALLSTATE NORTHBROOK INDEMNITY COMPANY, an Illinois corporation,<br><br>                      Defendants. | Case No.: 3:20-cv-01060-AJB-KSC<br><br>**ORDER TO SHOW CAUSE FOR FAILURE TO APPEAR AT EARLY NEUTRAL EVALUATION** |

On June 19, 2021, the undersigned Magistrate Judge held an Early Neutral Evaluation (the "June ENE") in this matter. Plaintiff Daniel Doan ("plaintiff"), his counsel Steven R. Young ("Mr. Young"), a representative of defendant Allstate Northbrook Indemnity Company ("Allstate"), and Allstate's counsel participated in the June ENE. Due to the ongoing COVID-19 pandemic, the Court conducted the June ENE telephonically and instructions for telephonic participation in the conference were provided to all parties. *See* Doc. No. 22. Although some progress toward resolution was made during the June ENE, meaningful settlement discussions were hampered by the fact that plaintiff was participating in the conference while at work, in a location with significant background

noise and poor reception. Accordingly, and after confirming the availability of all participants at the June ENE, the Court scheduled a continued telephonic settlement conference for July 21, 2021 (the "July ENE"). The Court further ordered that:

> All participants shall be prepared to devote their full attention to this proceeding as if they were attending in person (i.e., attendees cannot be driving, working or engaged in other activities while speaking to the Court) and must participate from a quiet location with good cell phone reception.

Doc. No. 34 at 2. The Court warned that any failure to comply with this Order could result in the Court terminating the July ENE and issuing an Order to Show Cause against the noncompliant party or counsel. *Id.*

Nevertheless, and despite having confirmed his availability for the July ENE, plaintiff failed to appear on July 21, 2021 at 2:00 p.m. When plaintiff had still not appeared several minutes into the conference, the Court requested that Mr. Young try to contact him, but those efforts were unsuccessful. Further, upon inquiry, Mr. Young advised the Court that he had repeatedly tried to reach plaintiff by phone, text message and letter in advance of the July ENE to ensure plaintiff's appearance, but had received no response. Mr. Young's recitation of his efforts to contact plaintiff were noted during the recorded call. Due to plaintiff's failure to appear, the Court terminated the July 2021 ENE.

For the foregoing reasons, plaintiff Daniel Doan is hereby **ORDERED** to appear in person before the Honorable Karen S. Crawford at the Edward J. Schwartz Courthouse, 221 West Broadway, Courtroom 2B, San Diego, California, 92101, on **August 10, 2021** at **10:30 a.m.** to show cause why sanctions should not be issued for his failure to appear at the July 21, 2021 Early Neutral Evaluation. No later than **August 6, 2021**, plaintiff must respond to this Order to Show Cause. Plaintiff's response must include his sworn written declaration stating the reasons: (1) he failed to respond to Mr. Young's multiple attempts to contact him to discuss the July ENE; (2) he failed to appear at the July ENE; and, (3) why sanctions should not be imposed. No later than **August 6, 2021**, Mr. Young may optionally submit a sworn declaration to supplement the record regarding his efforts to

contact plaintiff in advance of the July ENE.  Also by **August 6, 2021**, Allstate's counsel may optionally submit a sworn declaration stating the amount of time he spent preparing for the July ENE, and his hourly rate.  Within one business day of the date of this Order to Show Cause, Plaintiff's counsel shall serve plaintiff with a copy by certified mail.  Documentation of said service is to be filed with this Court as an attachment to Mr. Young's declaration.

Dated:  July 28, 2021

Hon. Karen S. Crawford
United States Magistrate Judge