UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DOAN,<br><br>                      Plaintiff,<br><br>v.<br><br>ALLSTATE NORTHBROOK INDEMNITY COMPANY, an Illinois corporation,<br><br>                      Defendant. | Case No.: 20-cv-01060-AJB-KSC<br><br>**ORDER REGARDING PLAINTIFF'S FAILURE TO APPEAR AT THE JULY 21, 2021 EARLY NEUTRAL EVALUATION** |

On July 28, 2021, the undersigned issued an Order to Show Cause ("OSC"), requiring plaintiff Daniel Doan to respond and explain why he failed to appear at the July 21, 2021 Early Neutral Evaluation ("ENE") in this matter, in violation of the Court's June 23, 2021 Order Setting Further Settlement Conference. Doc. No. 34. Plaintiff timely responded to the OSC by declaration dated August 5, 2021 (the "Response"). Doc. No. 38. Defendant's counsel also responded to the OSC. Doc. No. 39.

The events leading up to the issuance of the OSC on July 28, 2021, are set forth more fully in that Order. *See* Doc. No. 37. In summary, the Court conducted an ENE in this matter on June 19, 2021, during which the parties made some progress towards resolution. To facilitate continued settlement discussions, the Court set a further ENE for July 21,

2021, after confirming the availability of all parties and their counsel. Plaintiff, however, failed to appear at the July 21, 2021 ENE. Plaintiff's counsel reported that he had attempted several times in the days before the ENE to reach plaintiff, and unsuccessfully attempted to do so again during the ENE. Due to plaintiff's failure to appear, the Court terminated the ENE.

In his Response, plaintiff states that he "did not remember" on July 21st that he was supposed to appear by telephone for the ENE. Doc. No. 38 at 2. He explains that he is in "great" pain and "by the end of work all [he] can think of is the pain and trying to be comfortable so it will stop." *Id.* Plaintiff avers that his pain often "interferes with [his] memory" and that he "meant no disrespect" by failing to appear at the ENE. *Id.* Plaintiff also states that his current financial condition is such that monetary sanctions would be an extreme burden to him. *Id.* at 2-3.

Plaintiff's failure to appear at the July 21 ENE wasted the Court's and counsel's time and resources. Nevertheless, having considered plaintiff's Response, the Court declines to impose sanctions at this time. Plaintiff is cautioned that the Court will not tolerate any further disregard of its orders. The Court expects plaintiff to pursue this action diligently, including by communicating with his counsel and complying with Court's deadlines, instructions and other requirements. Any further failure to so comply will be grounds for the imposition of sanctions against the disobedient party or counsel.

The Court hereby **VACATES** the August 10, 2021 hearing on the Order to Show Cause and sets this matter is set for a further ENE on **August 26, 2021 at 2:00 p.m**. The ENE will be conducted by remote means. The Court will inform the parties and their counsel regarding instructions for participation in the ENE by separate order.

**IT IS SO ORDERED.**

Dated: August 9, 2021

Hon. Karen S. Crawford
United States Magistrate Judge