Case 3:20-cv-01060-AJB-KSC   Document 42   Filed 08/27/21   PageID.1280   Page 1 of 3

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DOAN,<br><br>                 Plaintiff,<br><br>v.<br><br>ALLSTATE NORTHBROOK INDEMNITY COMPANY, an Illinois corporation,<br><br>                 Defendants. | Case No.: 20-cv-01060-AJB-KSC<br><br>**ORDER TO SHOW CAUSE FOR PLAINTIFF'S SECOND FAILURE TO APPEAR AT EARLY NEUTRAL EVALUATION** |

This is the Court's third Order to Show Cause ("OSC") in this matter. A brief history follows: An Early Neutral Evaluation ("ENE") pursuant to Civil Local Rule 16.1.c was scheduled to occur on May 3, 2021.[1] *See* Doc. Nos. 22, 24, 25. When plaintiff Daniel Doan ("plaintiff") did not timely submit a settlement brief, the Court vacated the May 3, 2021 ENE and issued its first OSC, requiring plaintiff's counsel Steven R. Young ("Mr.

---

[1] Due to the ongoing COVID-19 pandemic, the Court conducted the ENE referenced herein telephonically. All parties were provided instructions for telephonic participation in the conference by Order dated August 23, 2021. *See* Doc. No. 41.

1

Young") to explain his failure to comply with the Court's Order setting the ENE and the undersigned's Local Rules. Doc. No. 28. Ultimately, the Court imposed sanctions of $825.00 on Mr. Young and rescheduled the ENE for June 18, 2021. Doc. No. 33. The parties and their counsel attended the ENE on that date, but as they were unable to complete their discussions that day, the Court set a continued ENE for July 21, 2021. Doc. No. 34. Despite having confirmed his availability for that date, plaintiff failed to appear and was unreachable by phone despite multiple attempts by Mr. Young, leading the Court to terminate the July 21, 2021 ENE and issue the second OSC in this matter. Doc. No. 37. However, based on the information provided by plaintiff in his sworn response [Doc. No. 38], the Court elected not to impose monetary sanctions, but warned plaintiff that he was expected to "pursue this action diligently, including by communicating with his counsel and complying with Court's deadlines, instructions and other requirements" and that failure to do so may result in sanctions. Doc. No. 40. The Court set what it hoped would be the final ENE for August 26, 2021. *Id.* The Court ordered all parties and their counsel to attend the ENE, "to be prepared to devote their full attention to [the] proceeding," and to be "immediately available by telephone between 2:00 p.m. and 5:00 p.m." on the date of the ENE. Doc. No. 41.

On August 26, 2021 at 2:00 p.m., the ENE commenced as scheduled with all parties and counsel on the conference line. After engaging in discussions with the parties both in joint session and in separate sessions, the Court attempted to contact plaintiff and his counsel to further caucus at the number provided by Mr. Young for this purpose. The Court reached Mr. Young, but when Mr. Young attempted to conference plaintiff into the call, plaintiff did not respond. Mr. Young was unable to reach plaintiff again despite several attempts to contact plaintiff by phone and by text message. The Court therefore had no choice but to terminate the ENE for a third time, which it did at approximately 3:00 p.m.

For the foregoing reasons, plaintiff Daniel Doan is hereby **ORDERED** to appear in person before the Honorable Karen S. Crawford at the Edward J. Schwartz Courthouse, 221 West Broadway, Courtroom 2C, San Diego, California, 92101, on **September 15,**

**2021** at **10:15 a.m.** to show cause why sanctions should not be issued for his failure to appear at the August 26, 2021 Early Neutral Evaluation.  No later than **September 8, 2021**, plaintiff must respond to this Order to Show Cause by filing a sworn written declaration stating the reasons why: (1) he failed to continue to participate in the August 26, 2021 ENE after initially appearing and engaging in discussions with the Court; (2) he was not immediately available by telephone between 2:00 p.m. and 5:00 p.m. on August 26, 2021 as ordered by the Court, and failed to respond to multiple phone calls and text messages from his attorney during this time; and (3) why sanctions should not be imposed.  No later than **September 8, 2021**, Mr. Young may optionally submit a sworn declaration in response to the OSC.  Also by **September 8, 2021**, Allstate's counsel may optionally submit a sworn declaration stating the amount of time he spent preparing for the August 26, 2021 ENE, and his hourly rate.  Within one business day of the date of this Order to Show Cause, Plaintiff's counsel shall serve plaintiff with a copy by certified mail.  Within three business days of doing so, Mr. Young shall file proof of said service with this Court.

Dated:  August 27, 2021

Hon. Karen S. Crawford
United States Magistrate Judge