UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DOAN,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>ALLSTATE NORTHBROOK INDEMNITY COMPANY, an Illinois corporation,<br><br>　　　　　　　Defendant. | Case No.: 20-cv-01060-AJB-KSC<br><br>**ORDER TO SHOW CAUSE** |

On January 27, 2022, the Court's staff conferenced with counsel for the parties regarding a discovery matter. Attorney Martin Jerisat, who has not entered an appearance in this action, signed the discovery responses at issue and participated in the conference on plaintiff's behalf. *See* Doc. No. 55. Following the conference, the Court ordered Mr. Jerisat to do the following on or before February 4, 2022: (1) enter his appearance in this matter and (2) certify to the Court that he had reviewed the District's Civil Local Rules and the Chambers' Rules of the Honorable Anthony J. Battaglia and the Honorable Karen S. Crawford. *See id*. As of the date of this Order, Mr. Jerisat has not complied. Accordingly, the Court hereby **ORDERS** Mr. Jerisat to show cause why sanctions should not be imposed for his failure to obey the Court's January 27, 2022 Order.

# ORDER

For the foregoing reasons, the Court **ORDERS** as follows:

1. Respondent Martin Jerisat must appear before the undersigned on <u>***February 16, 2022 at 10:15 a.m***</u>. to show cause why sanctions should not be issued for his failure to obey the Court's order. The hearing will be conducted by videoconference, with instructions for appearance to follow by separate order.

2. <u>***No later than 5:00 p.m. on February 14, 2022***</u>, Respondent Martin Jerisat **must** file a declaration under oath to this Court explaining his failure to comply with the Court's January 27, 2022 Order.

3. Neither defendant nor its counsel are required to respond to this Order or appear at the February 16, 2022 hearing. Defendant's counsel may appear at the hearing by videoconference if he chooses to do so.

The Court notes that this is the *fifth* Order to Show Cause issued against plaintiff or his counsel in this case. *See* Doc. Nos. 28, 37, 42, 47. Plaintiff's and his counsel's repeated refusal to comply with the Court's orders and procedures has been "costly in money, memory, manageability and confidence in the process." *In re Phenylpropanolamine (PPA) Prods. Liab. Litig.*, 460 F.3d 1217, 1227 (9th Cir. 2006). <u>**Plaintiff and his counsel are cautioned that future noncompliance with the Court's orders will be a basis for the imposition of sanctions, including a recommendation to the District Court to dismiss the action**</u>.

**IT IS SO ORDERED.**

Dated: February 8, 2022

Hon. Karen S. Crawford
United States Magistrate Judge