UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DOAN,<br><br>                          Plaintiff,<br><br>v.<br><br>ALLSTATE NORTHBROOK INDEMNITY COMPANY, an Illinois corporation,<br><br>                          Defendant. | Case No.:  20-cv-01060-AJB-KSC<br><br>**NOTICE OF VIDEOCONFERENCE INFORMATION FOR FEBRUARY 16, 2022 HEARING** |

A hearing on the Court's Order to Show Cause [Doc. No. 56] is set for ***February 16, 2022 at 10:15***.  Pursuant to the Court's order, all appearances will be by videoconference. *See id*.  Counsel are instructed to use the videoconference link below for the February 16, 2022 hearing.

///

///

///

///

///

///

1

20-cv-01060-AJB-KSC

1  **Topic: Civil Matter – Order to Show Cause Hearing - Judge Crawford**
2  **Time: Feb 16, 2022 10:15 AM Pacific Time (US and Canada)**

3  **Join ZoomGov Meeting**
4  **https://casd-uscourts-gov.zoomgov.com/j/1614099203?pwd=eVF0OEFKRkJsQ3lCTjB2Mnh2aUNBQT09**

### Join our Cloud HD Video Meeting

Zoom is the leader in modern enterprise video communications, with an easy, reliable cloud platform for video and audio conferencing, chat, and webinars across mobile, desktop, and room systems. Zoom Rooms is the original software-based conference room solution used around the world in board, conference, huddle, and training rooms, as well as executive offices and classrooms. Founded in 2011, Zoom helps businesses and organizations bring their teams together in a frictionless environment to get more done. Zoom is a publicly traded company headquartered in San Jose, CA.

casd-uscourts-gov.zoomgov.com

**Meeting ID: 161 409 9203**
**Passcode: 090431**

**Dial by your location**
       +1 669 254 5252 US (San Jose)
       +1 669 216 1590 US (San Jose)
       +1 646 828 7666 US (New York)
       +1 551 285 1373 US

Any questions regarding the hearing may be directed to the Court's staff at (619) 446-3964.