

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Daniel Doan

**Plaintiff,**

V.

Allstate Northbrook Indemnity Company, an Illinois corporation

**Defendant.**

FILED
4/12/2022
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: J. Mueller, Deputy

Civil No. 20-cv-01060-AJB-KSC

**STRICKEN DOCUMENT:**

Statement of Disputed Facts

**Per Order #    80**

79